NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE HISAMITSU CO., INC.,
*Appellant.*

---

2012-1025
(Reexamination No. 90/008,491)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

Before LOURIE, PROST, and MOORE, *Circuit Judges.*

MOORE, *Circuit Judge.*

## O R D E R

The appellants move without opposition to reform the caption. The parties also jointly move to remand for further proceedings.

The parties' motion states that the appellant filed a petition seeking review by the Chief Administrative Patent Judge, but filed its notice of appeal prior to the Chief Judge being able to act on the petition. The court agrees with the parties that remand is appropriate to allow the Chief Judge to act on the petition.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to reform the caption is granted. The revised official caption is reflected above.

(2) The motion to remand for further proceedings is granted.

(3) Each side shall bear its own costs.

FOR THE COURT

FEB 0 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 6 2012

JAN HORBALY
CLERK

cc:  Ronald C. Harris, Jr., Esq.

Raymond T. Chen, Esq.

s19

Issued As A Mandate:  FEB 0 6 2012